JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LAURENO A. CERVANTES,<br>　　　　Petitioner,<br>　　　v.<br>NEIL McDOWELL, Warden,<br>　　　　Respondent. | No. ED CV 17-00741-CJC (DFM)<br><br>JUDGMENT |

Pursuant to the Order of Summary Dismissal Without Prejudice,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: April 25, 2017

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge